**DISMISS and Opinion Filed January 7, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00483-CV

### JEFF HAHN AND SHARI HAHN, Appellants
### V.
### WELLS FARGO BANK, N.A, AS SUCCESSOR BY MERGER TO
### WELLS FARGO BANK MINNESOTA, NATIONAL ASSOCIATION, AS TRUSTEE
### FOR THE FIRST FRANKLIN MORTGAGE LOAN TRUST 2003-FF5,
### SAXON MORTGAGE SERVICES, INC., AND OCWEN LOAN SERVICING, LLC,
### Appellees

### On Appeal from the 298th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-10-08066

## MEMORANDUM OPINION

Before Justices Francis, Lang-Miers, and Lewis
Opinion by Justice Francis

Before the Court is appellants' December 18, 2013 unopposed motion to dismiss the appeal. Appellants have informed the Court that they have settled their differences with appellees. Accordingly, we grant appellants' motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

130483F.P05

/Molly Francis/
MOLLY FRANCIS
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

JEFF HAHN AND SHARI HAHN,
Appellants

No. 05-13-00483-CV V.

WELLS FARGO BANK, N.A, AS
SUCCESSOR BY MERGER TO WELLS
FARGO BANK MINNESOTA,
NATIONAL ASSOCIATION, AS
TRUSTEE FOR THE FIRST FRANKLIN
MORTGAGE LOAN TRUST 2003-FF5,
SAXON MORTGAGE SERVICES, INC.,
AND OCWEN LOAN SERVICING, LLC,
Appellees

On Appeal from the 298th Judicial District
Court, Dallas County, Texas.
Trial Court Cause No. DC-10-08066.
Opinion delivered by Justice Francis.
Justices Lang-Miers and Lewis,
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellees, WELLS FARGO BANK, N.A, AS SUCCESSOR BY MERGER TO WELLS FARGO BANK MINNESOTA, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE FIRST FRANKLIN MORTGAGE LOAN TRUST 2003-FF5, SAXON MORTGAGE SERVICES, INC., AND OCWEN LOAN SERVICING, LLC, recover their costs of this appeal from appellants, JEFF HAHN AND SHARI HAHN.

Judgment entered January 7, 2014

/Molly Francis/
MOLLY FRANCIS
JUSTICE

–2–